# Third District Court of Appeal

## State of Florida

Opinion filed February 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1097
Lower Tribunal No. 20-11660
_____

**5350 Park, LLC, etc.,**
Appellant,

vs.

**Grycon, LLC, etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Bilzin Sumberg Baena Price & Axelrod LLP, and Felix X. Rodriguez and Kelly R. Melchiondo, for appellant.

Kenny Nachwalter, P.A., and Richard H. Critchlow and Deborah S. Corbishley, for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Young v. Achenbauch</u>, 136 So. 3d 575, 581 (Fla. 2014) (explaining that a lawyer may not drop a preexisting client in favor of a new client where the representation of both clients constitutes a conflict, *i.e.*, the "hot potato" rule).